IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0509 and 20-0510

IN THE MATTER OF

R.L.L. and U.R.L.,

    Youths in Need of Care

## ORDER

Upon consideration of Appellant Mother, N.L.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 20-0509 and 20-0510 are hereby consolidated under Cause No. DA 20-0509 and henceforth captioned In the Matter of R.L.L. and U.R.L., Youths in Need of Care.

Electronically signed by:
ORDER Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2020